No. 01–1210.  GARCIA ET AL. *v.* WESTERN UNION FINANCIAL SERVICES, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–1217.  SCHLICHTMANN *v.* CADLE CO.  C. A. 1st Cir. Certiorari denied.

No. 01–1221.  OLMSTEAD *v.* WALTER INDUSTRIES, INC., DBA MID STATE HOMES, INC.  C. A. 11th Cir.  Certiorari denied.

No. 01–1239.  JOHNSON *v.* NEW YORK CITY POLICE DEPARTMENT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–1241.  LIBERTY NATIONAL LIFE INSURANCE CO. *v.* MOORE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–1278.  RICHARD *v.* MIKE HOOKS, INC.  Sup. Ct. La. Certiorari denied.

No. 01–1282.  WILLIAMS *v.* JAGLOWSKI ET AL.  C. A. 7th Cir. Certiorari denied.

No. 01–1286.  HARRIS *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 01–1288.  FERNANDES *v.* SPARTA TOWNSHIP COUNCIL ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 01–1309.  FORTINI *v.* MURPHY.  C. A. 1st Cir.  Certiorari denied.

No. 01–1338.  HILVETY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 01–1347.  MCS MANAGEMENT, INC. *v.* UNITED STATES. C. A. Fed. Cir.  Certiorari denied.

No. 01–1349.  POTOMAC CORP. *v.* SWINTON.  C. A. 9th Cir. Certiorari denied.

No. 01–1400.  TRAMMELL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.